ACCEPTED
12-14-00288-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/5/2015 2:42:49 PM
CATHY LUSK
CLERK

No. 12-14-00288-CV

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/5/2015 2:42:49 PM
CATHY S. LUSK
Clerk

In the Twelfth Court of Appeals
Tyler, Texas

**J. MARK SWINNEA**
*Appellant*

v.

**ERI CONSULTING ENGINEERS, INC.
AND LARRY SNODGRASS**
*Appellees*

Appealed from the 114th Judicial District Court
Smith County, Texas

## APPELLEES' UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF

To The Honorable Justices of the Twelfth Court of Appeals:

Appellees ERI Consulting Engineers, Inc. and Larry Snodgrass file this Unopposed Motion for Extension of Time to File Brief. In support of this motion, Appellees show the following:

1. On May 11, 2015, Appellant, J. Mark Swinnea, filed his brief. On May 21, 2015, Appellant filed an amended brief. Appellees' brief is currently due on or before June 22, 2015.

2. Appellees request an extension of time of an additional thirty (30) days within which to file their brief. This is Appellees' first request for an extension of time in this case.

3. Appellees rely on the following facts as a reasonable explanation for the requested additional time. Appellees' counsel, in addition to preparing the brief in this case, has been responsible for the following: preparing and arguing motions to exclude experts and responses to opposing motions to exclude experts in Cause No. 2012-255 styled *Pioneer Royalty Inc., et al vs. Gaither Petroleum Coporation, et al*, which motions were heard on May 20-21, 2015; preparing and filing a motion for summary judgment and a response to a motion for summary judgment in Cause No. CV-13-9496, in the District Court for San Augustine County styled *Goodwin v. XTO*, both of which will be heard on June 12, 2015; preparing a mediation statement in Cause No. 12-15-00083-CV, styled *Carrizo Oil & Gas v. Barrow-Shaver Resources Co.*, for the mediation to be held in Austin on June 25, 2015. Additionally, she is scheduled to attend two meetings at the Texas State Bar

Annual Meeting in San Antonio on June18-19, 2015. As a result, counsel believes that good cause exists for requesting an extension of time within which to prepare and file the Appellees' Brief.

4.    The undersigned has conferred with opposing counsel, Greg Smith, who advised he does not oppose this request.

Therefore, Appellees ERI Consulting Engineers, Inc. and Larry Snodgrass request that this Court grant this motion for extension of time and extend the time for filing the Appellees' Brief for thirty days, that is up to and including July 22, 2015.

DATE: June 5, 2015                    Respectfully submitted,

IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
drace@icklaw.com

BY: _____
      Deborah Race
      State Bar No. 16448700

Attorney for Appellees
ERI Consulting Engineers, Inc. and
Larry Snodgrass

## VERIFICATION

I swear or affirm that the facts stated above in paragraph 3 are true and

correct.

_Deborah Race_
Deborah Race


SWORN TO AND SUBSCRIBED before me on June 5, 2015, to certify

which witness my hand and seal of office.



NANCY E. CRIM
Notary Public
STATE OF TEXAS
My Comm. Exp. February 8, 2017

_Nancy Crim_
Notary Public

## CERTIFICATE OF CONFERENCE

Greg Smith, attorney for Appellant, has advised that he does not oppose the

relief requested in this motion.

_Deborah Race_
Deborah Race

4

## CERTIFICATE OF SERVICE

I certify that on June 5, 2015, I served a copy of this motion electronically

on the following:

Mr. Gregory D. Smith
Ramey & Flock, PC
100 East Ferguson, Suite 500
Tyler, Texas 75702

Deborah Race